ADAMS, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA HARRINGTON, | ) | CASE NO.  5:05CV1704 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) | |
| | ) | ORDER OF DISMISSAL |
| SHELLY COMPANY, et al., | ) | [RESOLVING DOC. 18] |
| | ) | |
| Defendants. | ) | |
| | ) | |

Prior to the commencement of the hearing on defendants' Motion to Enforce Settlement

Agreement and for an Award of Fees and Costs (Doc. 18), counsel for defendants

Shelly Company, Osterland Company, Doug Rauh, Tom Slane and Gary Cobb and plaintiff

Patricia Harrington, *pro se*, stated on the record that they had reached a settlement in the case

and that these parties would sign the Settlement Agreement and General Release, as amended.

Furthermore, the plaintiff will effectuate the withdrawal of a Charge of Discrimination

pending before the Equal Employment Opportunity Commission (E.E.O.C.) as Charge

No. 220-2005-01272.  Finally, Patricia Harrington stated on the record that she no longer wants

to work for The Shelly Company.  Accordingly,

Defendants' Motion to Enforce Settlement Agreement and for an Award of Fees and

Costs (Doc. 18) is WITHDRAWN.  Defendants Shelly Company, Osterland Company,

Doug Rauh, Tom Slane and Gary Cobb, however, reserved the right to renew the request for fees

and costs incurred in connection with the preparation and presentation of the Motion to Enforce

Settlement Agreement; if, the plaintiff does not do what is necessary to effectuate the withdrawal of her outstanding E.E.O.C. charge.

All claims in the above-entitled action are dismissed with prejudice.

The Court shall retain jurisdiction of the case for purposes of compliance with the Settlement Agreement and General Release, as amended, that the parties entered into on October 20, 2005, and entry of such further orders as may be necessary or proper to effectuate the purposes of the settlement.

Each party shall bear its own costs.


IT IS SO ORDERED.


  October 24, 2005               /s/ John R. Adams
Date                            John R. Adams
                                U.S. District Judge

2